# UNITED STATES DISTRICT COURT
**District of Kansas**
(Kansas City Docket)

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.** **CASE NO.** 23-20076-DDC-TJJ

**EPHANTUS MWANGI,**

**Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNTS 1-6

**WILLFUL FAILURE TO PAY OVER EMPLOYMENT TAXES**
**[26 U.S.C. § 7202]**

1. At all times relevant to this indictment, in the District of Kansas, defendant Ephantus MWANGI was the sole owner, officer, and operator of True Payments Solutions, Inc. ("TPS"), a corporation, with its principal place of business in Kansas.

2. MWANGI deducted and collected federal income taxes and Federal Insurance Contribution Act taxes (Social Security taxes and Medicare taxes) from the total wages of TPS employees, for each of the calendar quarters identified below.

3. MWANGI was required to collect, truthfully account for, and pay over to the Internal Revenue Service (IRS) the federal income taxes and Federal Insurance Contribution Act taxes withheld from TPS's employees.

4. On or about the dates set forth below, and in the approximate amounts set forth below, in the District of Kansas, the defendant,

**EPHANTUS MWANGI,**

willfully failed to pay over to the United States, namely the IRS, all of the federal income taxes and Federal Insurance Contributions Act taxes withheld and due and owing for each of the following calendar year quarters:

| Count | Quarter | Date Due and Owing | Taxes Not Paid Over |
|---|---|---|---|
| 1 | Third Quarter 2017 | October 31, 2017 | $88,161.05 |
| 2 | Fourth Quarter 2017 | January 31, 2017 | $94,964.37 |
| 3 | First Quarter 2018 | April 30, 2018 | $33,970.19 |
| 4 | Second Quarter 2018 | July 31, 2018 | $41,367.81 |
| 5 | Third Quarter 2018 | October 31, 2018 | $45,307.21 |
| 6 | Fourth Quarter 2018 | January 31, 2019 | $33,579.68 |

In violation of Title 26, United States Code, Section 7202.

A TRUE BILL.

December 13, 2023
DATE

s/Foreperson
FOREPERSON OF THE GRAND JURY

KATE E. BRUBACHER
UNITED STATES ATTORNEY

By: */s/ Ryan J. Huschka*
Ryan J. Huschka
Assistant United States Attorney
Email: Ryan.Huschka@usdoj.gov
Ks. S. Ct. No. 23840

District of Kansas
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Ph: (913) 551-6730
Fax: (913) 551-6541

By: */s/ J. Parker Gochenour*
J. Parker Gochenour
Trial Attorney
U.S. Department of Justice, Tax Division
Western Criminal Enforcement Section
150 M St. NE, Washington, D.C. 20530
Email: Parker.Gochenour@usdoj.gov
Ph: (202) 305-2370
Va. Bar No. 90069

IT IS REQUESTED THAT THE TRIAL BE HELD IN KANSAS CITY, KANSAS

# PENALTIES

## Counts 1-6: 26 U.S.C. § 7202 – Willful Failure to Pay Over Employment Taxes

- Punishable by a term of imprisonment of not more than five (5) years. 26 U.S.C. §7202.

- A term of supervised release of not more than three (3) years. 18 U.S.C. § 3583(b)(2).

- A fine of not more than $250,000 or twice the gross pecuniary gain from the offense or twice the gross pecuniary loss (whichever is greater). 18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).